# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Naher Al-Jabil Company ) | ASBCA No. 59061 |
| ) | |
| Under Contract No. W90VCM-09-P-0339 ) | |

APPEARANCE FOR THE APPELLANT:          Mr. Ali Mohammad

APPEARANCES FOR THE GOVERNMENT:          Raymond M. Saunders, Esq.
          Army Chief Trial Attorney
          CPT Evan C. Williams, JA
          Trial Attorney

## ORDER OF DISMISSAL

Appellant has indicated that it no longer wishes to pursue this appeal. Accordingly, it is dismissed from the Board's docket.

Dated: 25 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59061, Appeal of Naher Al-Jabil Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals